# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2064. FREDERICK RAHN v. STATE OF GEORGIA**

Appellant Frederick Rahn has filed this direct appeal from the superior court's denial of his "Petition to Change Sex Offender Status." In that petition, appellant sought review of a decision of the Sex Offender Registration Review Board (the "Board"). The Board has moved to dismiss the appeal on the grounds that OCGA § 5-6-35 (a) (5.1) requires that "[a]ppeals from decisions of superior courts reviewing decisions of the Sexual Offender Registration Review Board" be taken by discretionary application. We agree. Accordingly, the Board's motion to dismiss appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*